# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0920

_____

RYAN WILDER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

May 11, 2018

PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the merits.

WOLF, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ryan Wilder, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.